UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTOINETTE BUTLER,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-7218** |
| **REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY** | **SECTION: I/4** |

## ORDER

Before the Court is the motion of defendant, Republic Fire and Casualty Insurance Company, to sever plaintiffs' claims and to proceed separately with each.[1]  Plaintiffs, Antoinette Butler, Barbara Rush, and Renee Cooper, have filed no opposition to the motion.

Pursuant to Rule 21 of the *Federal Rules of Civil Procedure*, the Court may sever any claim against a party.  A court has "discretion to sever an action if it is misjoined or might otherwise cause delay or prejudice." *Applewhite v. Reichhold Chems., Inc.*, 67 F.3d 571, 574 (5th Cir. 1995).  The Court has determined that plaintiffs' claims in the above-captioned case should, in the interests of convenience and judicial economy, be severed into individual suits, each addressing one distinct property.[2]

Accordingly,

---

[1] R. Doc. No. 4, mot. to sever.

[2] The plaintiffs are bringing claims against defendant for separate properties allegedly insured pursuant to separate insurance policies issued by defendant. R. Doc. No. 1, notice of removal, state ct. pet. ¶ 3.

**IT IS ORDERED** that defendant's motion to sever[3] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall, within thirty (30) days of this order, file an amended complaint for each individual property claim. These pleadings shall be filed with the Clerk of Court on paper, not electronically. The caption of the amended complaint shall contain only the individual plaintiff(s) and defendant(s) that are the subject of that specific claim. It shall also be accompanied by a copy of the original complaint or notice of removal and a copy of this order. Upon filing, the Clerk will assign a new docket number and will allot it at random among the judges of the court. All pleadings regarding that claim shall thereafter bear the new title, docket number, and section of the new case.

**IT IS FURTHER ORDERED** that plaintiffs shall serve each new amended complaint and summons with a copy of the original complaint or notice of removal and a copy of this order on opposing counsel and on each defendant not yet having appeared in the litigation.

Any substantive motions still pending in the original case must be refiled in any newly assigned cases to which they pertain.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice.

New Orleans, Louisiana, December 26th, 2007.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[3] R. Doc. No. 4.